FILED

2008 APR -3 AM 11: 45

DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Evelyn Pelayo ✓ DEFENDANT(S). | CASE NUMBER **08-0816M** REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  4/3/08   6 AM   ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   Title 8 §1324
3. Offense charged is a: ☒ Felony    ☒ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown
5. Year of Birth: 1956
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Duty Clerk
11. Remarks (if any): _____

12. Date: 4/3/08           13. Signature: CBPili
14. Name: Courtney Pillsbury    15. Title: Special Agent

CR-64 (07/05)           REPORT COMMENCING CRIMINAL ACTION