ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Case Number **CR08-00458**  Defendant Number One
U.S.A. v. EVELYN PELAYO   Year of Birth 1957
☒ Indictment  ☐ Information   Investigative agency (FBI, DEA, etc.) FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☒ Felony
b. Date of offense  June 2005 - March 2008
c. County in which first offense occurred
   Los Angeles County
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☒ Los Angeles       ☐ Ventura
   ☐ Orange            ☐ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other ____
Citation of offense 8 U.S.C. §§ 1324(a)(1)(A)(v)(I),
1324(a)(2)(B)(ii), 18 U.S.C. § 2(a), (b)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☒ No  ☐ Yes
   IF YES  Case Number ____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: April 2, 2008
   Case Number 08-816M
   Charging 8 U.S.C. Section 1324(a)(1)(A)(iii)

The complaint:  ☒ is still pending
   ☐ was dismissed on: ____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*           ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*           ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number ____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
N/A
☐ was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*           ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*           ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes            ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☒ Yes  ☐ No
IF YES, list language and/or dialect:
Spanish

---

CR-72 (12/05)                CASE SUMMARY                Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☐ Male
- ☑ Female
- ☐ U.S. Citizen
- ☑ Alien
- Alias Name(s) _____

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☑ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: _____ in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is a Fugitive   ☐ Yes   ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution: Metropolitan Detention Center
c. If Federal: U.S. Marshal's Registration Number: Reg. No. 47198-112
d. ☑ Solely on this charge.  Date and time of arrest: April 2, 2008
e. On another conviction:   ☐ Yes   ☑ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date April 17, 2008

Signature of Assistant U.S. Attorney

SANDY N. LEAL
*Print Name*