# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:08-CR-00458-GAF       Recorder: CS 04/28/2008       Date: 04/28/2008

Present: The Honorable Stephen J. Hillman, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                                Assistant U.S. Attorney: Priya Sopori

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) EVELYN PELAYO<br>         CUSTODY-PRESENT<br>2) RODOLFO EBROLE DEMAFELIZ, JR., aka Duden<br>         CUSTODY-PRESENT | 1) PHILIP P. DELUCA<br>         RETAINED<br>2) GREGORY NICOLAYSEN, Special appearance by ELLEN BARRY<br>         PANEL | 2) TAGALOG | 2) JOSHUA MENDOZA |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

This case was previously assigned to the calendar of District Judge Gary A. Feess.
It is ordered that the following date(s) and time(s) are set:
    Trial Setting Conference this date 04/28/2008 at 1:30 P.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, Interpreter, USMLA