# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

ORIGINAL
FILED

2008 JUN -5 PM 2: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Case Number CR 08-458(A)-GAF     Defendant Number One
U.S.A. v. EVELYN PELAYO     Year of Birth 1957
☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".** ☑

## OFFENSE/VENUE
a. Offense charged as a:    ☐ Petty Offense
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
b. Date of offense June 2005 - March 2008
c. County in which first offense occurred
   Los Angeles County
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles     ☐ Ventura
   ☐ Orange     ☐ Santa Barbara
   ☐ Riverside     ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other
Citation of offense 8 U.S.C. §§ 1324(a)(1)(A)(v)(I),
1324(a)(2)(B)(ii), (a)(1)(A)(iii), (a)(1)(B)(i)

## RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes
   IF YES   Case Number

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**

## PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: April 2, 2008
   Case Number 08-816M
   Charging 8 U.S.C. Section 1324(a)(1)(A)(iii)

The complaint:    ☑ is still pending
   ☐ was dismissed on:

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*      ☑ No

***AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

### Superseding Indictment/Information
This is the 1st superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
April 17, 2008
Case Number CR 08-458

The superseded case:
☑ is still pending before Judge/Magistrate Judge
Gary A. Fees
☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
   ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*      ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes      ☑ No

***AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

Is an interpreter required: ☑ Yes    ☐ No
IF YES, list language and/or dialect:
Spanish

CR-72 (12/05)      CASE SUMMARY      Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

☐ Male      ☑ Female
☐ U.S. Citizen      ☑ Alien
Alias Name(s) _____

_____

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud    ☐ tax offenses
☐ environmental issues    ☐ mail/wire fraud
☐ narcotics offenses    ☑ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☐ Other: _____
___

_____

_____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?    ☐ Yes    ☐ No

d. Is a Fugitive    ☐ Yes    ☐ No

e. Is on bail or release from another district:

   _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.    ☐ Yes    ☐ No

Defendant is **in** custody:

a. Place of incarceration:    ☐ State    ☑ Federal

b. Name of Institution: Metropolitan Detention Center

c. If Federal:  U.S. Marshal's Registration Number:
   Reg. No. 47198-112

d. ☑ Solely on this charge.  Date and time of arrest:
   April 2, 2008

e. On another conviction:    ☐ Yes    ☑ No
   IF YES ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes    ☑ No
   IF YES ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date June 5, 2008 _____

_____
*Signature of Assistant U.S. Attorney*

SANDY N. LEAL
*Print Name*