THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
SANDY N. LEAL (Cal. State Bar No. 207179)
Assistant United States Attorney
Ronald Reagan Federal Building and United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3531
    Facsimile: (714) 338-3561
    E-mail: Sandy.Leal@usdoj.gov

KAYLA BAKSHI (Cal. State Bar No. 212561)
Trial Attorney
Department of Justice
Civil Rights Division, Criminal Section
    601 D Street NW, Washington DC 20004
    Telephone: (202) 514-8286
    Facsimile: (202) 514-6588
    E-mail: Kayla.Bakshi@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-00458-GAF |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| EVELYN PELAYO, ET AL., | |
| Defendants. | |

O R D E R

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the plea agreement be unsealed so it can be provided to counsel for defendants in <u>United States v. Evelyn Pelayo, et al.</u>, CR No. 08-458-GAF.

Dated: December 1, 2008

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE