REQUESTED BY: CORMIER, TRACY
OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER |

TITLE: EVELYN PELAYO ET AL

CASE STATUS: INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 021508 | 020408 | YN1 | |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

J.D.

TOPIC: INITIAL INTERVIEW OF ████████████████, ON JANUARY 4, 2008.

SYNOPSIS:
The Immigration and Customs Enforcement (ICE) Special Agent in Charge, Los Angeles (SAC/LA), initiated an investigation into a possible human trafficking case of Philippine nationals brought to the United States and forced to work against their will. The case is predicated on information provided by the Federal Bureau of Investigation (FBI). The FBI has requested the assistance of SAC/LA in conducting the investigation to determine if such allegations are factual; take appropriate action for the violation of the various federal statutes; and safeguard any victims held within this situation.

The following report of investigation documents the interview of Jayson ████████ ████████, conducted in Long Beach, California on January 04, 2008.

| DISTRIBUTION: | SIGNATURE: | | |
|---|---|---|---|
| SACLA | PALOMINO | MIGUEL | SPECIAL AGENT |
| | APPROVED: | | |
| | CORMIER | TRACY | OI GRP SUPERVISOR |
| | ORIGIN OFFICE: LA LOS ANGELES, CA - SA | TELEPHONE: | |
| | | TYPIST: PALOMINO | |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

EXHIBIT A
13

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER |
| | REPORT NUMBER: |

DETAILS OF INVESTIGATION:

On January 04, 2008, Ja███████ G███ ████████), date of birth, ████████ 1982. Address in Philippines: ████ ████████████████ was interviewed in Long Beach, California. The interview was conducted by Immigration and Customs Enforcement (ICE) Special Agent (SA) Miguel Palomino and Federal Bureau of Investigation (FBI) SA Tricia Whitehill and SA Mike Paysan. Because ████████does not speak fluent English, the interview was conducted in Tagolog. SA Mike Paysan was the tagolog interpreter. After being advised of the identities of the interviewing agents and the nature of the interview, ████████ provided the following information.

████████ stated he works for Evelyn Pelayo (PELAYO). He came to Long Beach from the Philippines in May 2007 to work for PELAYO. He works taking care of the elderly at the Vernon Care House located at 5561 East Vernon Street in Long Beach. Prior to arriving in the United States, ████████ worked as a construction worker. He helped build a home for PELAYO in the Philippines. That is how he met PELAYO.

In early 2007, PELAYO called ████████'s uncle, Danilo ████████ (DANILO), and asked him whether he knew of any men that would be interested in coming to work for her in the U.S. PELAYO told DANILO that the worker would earn $600 per month, minus $300 per month for the smuggling fee. ████████ jumped at the opportunity and talked to PELAYO on the telephone. PELAYO told ████████ that he would be working as an elder care giver. She did not tell him what kind of hours he would be working. ████████ recognized that the pay was not great, but believed he could work a second job when he arrived in the U.S. His Uncle DANILO gave him the impression that PELAYO would help him to get his papers to stay in the country legally if he worked for her for a certain period of time.

████████ stated that he was trained in Tae Kwon Do by an man know as Duden LNU (DUDEN) as the means by which ████████ would receive his visa to travel to the U.S. as a Tae Kwon Do participant in a tournament in Las Vegas. ████████ traveled to the U.S. from the Philippines with DUDEN and five other Filipinos. One was named Ron NITURA (NITURA). NITURA came to work for PELAYO's sister, Lilibeth LNU (LILIBETH). ████████ talked to NITURA approximately four months ago. NITURA was home sick. ████████ told NITURA about his situation working for PELAYO. NITURA was in the same situation as DE GUZMAN and unhappy working for LILIBETH. NITURA girlfriend Rubita LNU (RUBITA) also works for LILIBETH

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

**EXHIBIT A**
**14**

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER |
| | REPORT NUMBER: |

When ▓▓▓▓ arrived in the U.S. on May 21, 2007, PELAYO asked him for his passport and he gave it to her. He has never asked for it back. PELAYO told him that he should be afraid of the police. PELAYO told ▓▓▓▓ that he would be in trouble if the police ever picked him up because he did not have papers legally permitting him to be in the country. She said that immigration would also be called and that he would be taken to jail and then deported. PELAYO told him that if that happened, she would not do anything to help him.

PELAYO told ▓▓▓▓ that he would make $600 per month, and that $300 of that would go to pay down his smuggling debt. She said he would receive an annual raise of $100 per month. Once ▓▓▓▓ began working for PELAYO he learned it was nothing like he expected. He believed he would be working 8 hours a day and that he would be able to sleep regular hours. Instead he works 24 hours per day. He does not get regular sleep because he has to be up with the elders multiple times in the middle of the night. He cannot sleep during the day and must be doing something around the house at all times. PELAYO makes the workers lie to inspectors about the hours that they work. She told the workers to say they only work 8 hour shifts and to say that they do not sleep at the facilities. PELAYO also told the workers that if they ever get caught at night sleeping at the elder homes, to say that they are working overtime.

▓▓▓▓ expected that he would be able to take a second job in the U.S. However PELAYO told him that he could not work for anyone else. She told ▓▓▓▓ that she brought him to the U.S. and that he was only to work for her. She told him she would send him back if he did not want to work for her. PELAYO stated that he had to work for her for ten years and after that he could keep working for her if he wanted or otherwise he would have to go back to the Philippines.

▓▓▓▓ sleeps on a sofa in the kitchen at the Vernon House. He used to sleep in a sleeping bag on the tile floor in a room with one of the elders. One time PELAYO saw ▓▓▓▓ with a small fold-out bed. She told him that he could not use that because she could get in trouble if the licensing authorities knew he slept at the house.

When ▓▓▓▓ first began working for PELAYO he was working on a construction project at the Vernon House during the day and cared for the elders at night. Now he works all the time caring for the elders. He is paid $600 per month. PELAYO keeps $200 per month to pay down his smuggling debt. It will take him five years to pay his $12,000 smuggling debt off. PELAYO does not charge him any interest on top of the $12,000 fee. ▓▓▓▓ has never seen PELAYO write down anything relating to debts owed or wages paid. PELAYO pays the workers in cash. ▓▓▓▓ said he is not charged for food or rent. ▓▓▓▓ has two days off per month. When ▓▓▓▓ first arrived, PELAYO had a Mexican

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

**EXHIBIT A**
**15**

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER |
|  | REPORT NUMBER: |

construction worker take ▮▮▮▮ to Los Angeles to obtain a fake California identification card. She paid for the card and the card is in her possession.

PELAYO has never threatened to call immigration on ▮▮▮▮. She has only warned him not to be out when it is dark because the police will pick him up. He does not have freedom of movement. He must ask permission before he can go anywhere. PELAYO told him that she was responsible for bringing him to the U.S., so he cannot go anywhere he wants and threatens that if he goes somewhere and is picked up by the police, he will be arrested because he does not have immigration permits.

Agents asked ▮▮▮▮ what would happen if he did not return from his day off. ▮▮▮▮ said PELAYO would be very angry. According to ▮▮▮▮ PELAYO has a short temper and regularly screams at A▮▮ G▮▮▮ (▮▮▮▮), his co-worker. ▮▮▮▮ does not want to get yelled at so he stays out of PELAYO's way and does what he is told. Therefore PELAYO is nicer to ▮▮ ▮▮▮▮. However ▮▮▮▮ is afraid of PELAYO. PELAYO and D▮▮▮▮ are from the same province in the Philippines and he is afraid that if he left her, she would call back to his family and discredit his name. She is wealthy and has connections back in the Philippines. Another worker that PELAYO had named Ferdie LNU (FERDIE) ran away from her. ▮▮▮▮ was in the Philippines at that time. When FERDIE ran away PELAYO called FERDIE's family and told them she was not done with FERDIE. PELAYO also said that she was not going to employ anymore workers from that village because they were so ungrateful. ▮▮▮▮ ▮▮▮▮ was very concerned with being chastised if he left PELAYO. The village people think highly of PELAYO and would not believe ▮▮▮▮'s account of his situation.

Even though ▮▮▮▮ is unhappy in his situation, he does not feel that he can leave because he has no place to go and because he still owes PELAYO a debt. He believes that PELAYO will try to find him if he leaves. ▮▮▮▮ does not believe that PELAYO would give him his passport back if he asked for it.

▮▮▮▮ also stated that Mari Tess LNU, Mari Vic LNU and G▮▮▮▮ are in the same situation as ▮▮▮▮. According to ▮▮▮▮ they are also very afraid of PELAYO. ▮▮▮▮ does not see PELAYO everyday. She does not come to the Vernon House at a certain time of day or on a certain day of the week. She stays in touch with the Vernon House by telephone. A▮▮▮▮ does most of the paperwork pertaining to the Vernon House.

▮▮▮▮ stated that he was afraid PELAYO might physically hurt him if she found out that he is talking to law enforcement. He is also worried about what might happen to his cousin Cris ▮▮▮▮, who is currently training in

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

**EXHIBIT A**
**16**

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| | CASE NUMBER : |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: |

Tae Kwon Do with DUDEN in Manila.

███████N stated his next day off is January 26, 2008. His cell phone number is (███)███████

This investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

**EXHIBIT A**
**17**