FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    10/06/2007

A.G.

███████ ███████ G███████ ████████, ████████████ date of birth ████████, 1977, cellular telephone number (██████████, was interviewed in Long Beach, California. Also present during the interview was Special Agent (SA) Miguel Palomino with Immigration and Customs Enforcement (ICE). After being advised of the identity of the interviewing agents and the nature of the interview, G███████ provided the following information:

G███████ came to the United States from the Philippines in October 2005 to work as a caregiver for the elderly. Her aunt H████ B███████ ████████) worked taking care of elders in a private home owned by Evelyn Pelayo (Pelayo) in Long Beach. B███████ asked G███████ if she wanted to come work for Pelayo.

Pelayo talked to G███████ on the telephone regarding making arrangements for G███████ to be smuggled into the U.S. Pelayo never told G███████ how much it would cost or how much she would be paid as an employee of Pelayo's in the U.S. Pelayo told G███████ to call a man in the Philippines by the name of Rodolfo Demafelis Jr., aka Dudeen (Dudeen). Pelayo told G███████ that Dudeen would train G███████ in Taekwondo and after G███████ learned Taekwondo, Dudeen would fly with her to the U.S. for a Taekwondo tournament.

G███████ called Dudeen. Dudeen lived in Manilla. He had a Taekwondo studio there. Dudeen told G███████ to travel to Manilla to begin her training. G███████ purchased a plane ticket with her own money and flew to Manilla in August 2005. During the months of August and September 2005, G███████ lived in an apartment rented by Dudeen and trained everyday, all-day long for those two months with a Taekwondo instructor. Dudeen lived in a home in Manilla that he owned. Dudeen told G███████ that she needed to learn Taekwondo because in order to get her visa she might have to demonstrate to government officials that she actually knew how to perform Taekwondo. Dudeen never told G███████ how much it would cost for her training and smuggling fee. During the two months that she was training, she did not pay Dudeen for any expenses.

Dudeen took G███████ to the embassy in Manilla to get her visa. He took 15 people with him that he alleged were going to compete in a Taekwondo tournament. Five of those people were in

| | | |
|---|---|---|
| Investigation on | 10/06/2007 | at Long Beach |

File # ████████████

Date dictated    279tmw01.07

by    SA Tricia Whitehill

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

027

**EXHIBIT C
22**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___An▓▓▓▓ G▓▓▓___ , On __10/06/2007__ , Page ___2___

G▓▓▓'s situation, and were using Taekwondo as a rouse to get visas to travel.  Dudeen gave G▓▓▓ a certificate showing that she was certified in Taekwondo.  G▓▓▓ has the certificate at her home and agreed to provide agents with a copy.

G▓▓▓ departed Manilla for Los Angeles with Dudeen and the others on October 7, 2005.  They flew through Taipei.  She could not recall what airline they flew.  She no longer has her plane ticket.

When G▓▓▓ arrived in Los Angeles, Dudeen took her passport.  He said he would secure it for her.  For the first week that G▓▓▓ was in California, she stayed at Dudeen's sister's house in Glendale.  Dudeen told G▓▓▓ that she should not hurry to get to Pelayo's to work because she would be a prisoner once she went to work for Pelayo. While G▓▓▓ was staying at Dudeen's sister's house, they traveled one day to Vegas for the Taekwondo tournament.

On October 15, 2005, Dudeen took G▓▓▓ to meet Pelayo in Carson, California.  Pelayo and Dudeen went and spoke in private for approximately 30 minutes and then G▓▓▓ got into Pelayo's car and they traveled to the place where G▓▓▓ would work in Long Beach.  G▓▓▓ belived that Dudeen gave G▓▓▓'s passport to Pelayo that day because Pelayo currently holds G▓▓▓'s passport.

In the car on the way to Long Beach from Carson, Pelayo told G▓▓▓ that she could not trust anyone.  She told her that she should not talk to the families of the elders she would be caring for.  She also told G▓▓▓ not to talk with her co-workers. She told G▓▓▓ not to ask her co-workers any personal questions because they were not to be trusted.  She also said that G▓▓▓ should especially not talk to any other Filipinos.  She said that G▓▓▓ was in Long Beach to work and to send money home to her family in the Philippines and that she was not there to get rich. Pelayo told G▓▓▓ that she could never go to work for anyone else and that she had to work for Pelayo for ten years.  Pelayo told her that after working for ten years, G▓▓▓ would then have to return to the Philippines and that G▓▓▓ could not remain in the United States and could not work for anyone else.

When G▓▓▓ and Pelayo arrived in Long Beach, Pelayo took her to the Vernon Care House located at 5561 East Vernon Street.  Pelayo lived next door with her family at 5571 East Vernon Street.  G▓▓▓'s Aunt B▓▓▓ was already living and working at

028

**EXHIBIT C**
**23**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ▓▓▓▓▓▓▓▓▓▓ Gu▓▓▓▓▓▓ , On 10/06/2007 , Page 3

the Vernon House. Pelayo sat down at the table with B▓▓▓▓▓ and
Gu▓▓▓▓. Pelayo told Gu▓▓▓▓ that she would earn $600/month, but
that she owed $12,000 for her smuggling debt. Pelayo said that she
would deduct $300/month from Gu▓▓▓▓'s salary and that it would
take her three years to pay the smuggling debt off. Pelayo did not
say anything about having days off from work. Last year Gu▓▓▓▓
spoke with told Dudeen and told him that Pelayo was charging her
$12,000 for her smuggling fee. Dudeen told Gu▓▓▓▓ that the costs
associated with bringing Gu▓▓▓ to the U.S. only totaled half that
amount.

In the two years that Gu▓▓▓▓ has worked for Pelayo, she
would normally have two days off a month. Usually she had every
other Saturday off. However, Gu▓▓▓▓ did not have any days off
between April and July 2007. Gu▓▓▓▓ works 24 hours a day. She
gets up at 5:30 a.m. to start making breakfast. After that, she
bathes the elders and then she begins to prepare the lunch. The
elders nap after lunch. During that time, Gu▓▓▓▓ and the other
Filipino worker who cares for the elders at the Vernon House, M▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓, can take turns napping one at a time. M▓▓▓▓▓▓▓
works at the Vernon House during the day, but she works at Pelayo's
private home cooking and cleaning in the evening. M▓▓▓▓▓▓ also
sleeps at Pelayo's house. M▓▓▓▓▓▓ has a twin sister named M▓▓▓
▓▓▓▓▓▓▓▓▓▓ P▓▓▓▓▓▓. M▓▓▓▓▓ works at the Walton House
located 5652 East Walton Street, Long Beach. Gu▓▓▓▓ does not
trust M▓▓▓▓▓▓, but she does trust M▓▓▓▓▓▓▓.

For purposes of state licensing of her elder care
business, Pelayo had to provide fingerprints of her employees to
licensing officials. Pelayo took Gu▓▓▓▓ to be fingerprinted and
Gu▓▓▓▓ saw that Pelayo had Gu▓▓▓▓'s passport with her at that
time. On several occasions Gu▓▓▓▓ asked Pelayo for her passport
back. Pelayo refused. Recently Pelayo told Gu▓▓▓▓ that she sent
Gu▓▓▓▓'s passport to Dudeen in the Philippines because Dudeen
needed to take it to the embassy to have it stamped to appear that
Gu▓▓▓▓ was back in the Philippines. Gu▓▓▓▓ knew that Pelayo was
lying about sending her passport to Dudeen because M▓▓▓▓ told
Gu▓▓▓▓ that she saw Gu▓▓▓▓'s passport in a drawer in Pelayo's
bedroom closet.

Gu▓▓▓▓ wanted her passport back because she wanted to
run away. She has been thinking about running away for
approximately one year. Pelayo told Gu▓▓▓▓ not to think about
running away. Pelayo said that if Gu▓▓▓▓ tried to run away that
Pelayo would go to the police and tell them that Gu▓▓▓▓ had stolen

029

**EXHIBIT C
24**

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of      Ar▓▓▓▓▓▓▓ G▓▓▓▓▓           , On <u>10/06/2007</u> , Page   4  

something and then the police would put her in jail. Pelayo often
made that threat to G▓▓▓▓▓.  Pelayo also threatened that if
G▓▓▓▓ ran away she would call the police and tell them that
G▓▓▓▓ was in the country illegaly. She told G▓▓▓▓ that the
police would call immigration and that immigration would find
G▓▓▓▓▓ and put her away in jail for a long time and then she would
be deported. Pelayo told G▓▓▓▓▓ that the police would never
believe her if she tried to get Pelayo in trouble because Pelayo is
a U.S. citizen and G▓▓▓▓▓ is not. Pelayo also said that she would
deny knowing G▓▓▓▓ if she was ever caught by the police. G▓▓▓▓▓
believed these threats. She is scared of Pelayo.

Pelayo regularly becomes angry with G▓▓▓▓ and yells at
her. Pelayo complains that G▓▓▓▓ is not doing a good enough job,
that the Vernon House is not clean enough or that it smells funny.
In April 2007, Pelayo called G▓▓▓▓ a "mother fucker" and verbally
assaulted her, telling G▓▓▓▓ that she was a stupid shit. Pelayo
was mad because G▓▓▓▓▓ did not know how to handle paperwork
related to a hospice waiver that Pelayo needed for one of the
clients. G▓▓▓▓ cried after Pelayo yelled at her. Pelayo
apologized and claimed that she was under a lot of pressure.

In May 2007 a man named J▓▓▓▓ G▓▓▓▓n (▓▓▓▓▓▓▓) came
to work for Pelayo from the Philippines. ▓▓▓▓▓▓ was also
smuggled by Dudeen. J.D. works during the day as a
construction worker at the Vernon House, which is currently
undergoing an addition.  At night, ▓▓▓▓▓▓ provides elder
services at the Vernon House. ▓▓▓▓▓▓ is not happy in his
situation. He told G▓▓▓▓ that if she ever ran away to take him
with her and not to leave him alone there. G▓▓▓▓, however, does
not feel that she can trust ▓▓▓▓▓▓ with the fact that she is
talking to federal agents. J.D. ▓▓▓▓ is paid $600/month. Pelayo
keeps $200/month for his smuggling fee. Pelayo has not told ▓▓▓ J.D.
▓▓▓▓▓ what his total smuggling fee is. Pelayo is also holding ▓▓ J.D.
G▓▓▓n to a ten-year contract.

Recently the state licensees told Pelayo that the workers
could only work eight hours a day and that the workers could not
live in the same home as the elders. Pelayo told G▓▓▓▓ to lie if
the state licensees asked what her hours were. Pelayo told G▓▓▓▓
to say that she worked 8 hour shifts and that Pelayo was
responsible for the night shift. Pelayo also made G▓▓▓▓ lie to
the state licensees by telling them that she lived at Pelayo's
private home at 5571 East Vernon Street. The truth is that G▓▓▓▓▓
and ▓▓ G▓▓▓▓ both live at 5561 East Vernon Street.

**EXHIBIT C
25**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of     A██████████ G████████     , On <u>10/06/2007</u> , Page   5  

G██████ sleeps in a bedroom by herself.  J████ sleeps in a bedroom with an elder.  There used to be seven elders who lived at the Vernon House.  When that was the case, G██████ had to sleep on the couch in the living room, or on the floor in the hallway.

Pelayo also owns the house located at 5651 East Walton Street (Walton House).  Isidra Gonzalez (Gonzalez) and M████████ work at that house.  They are also from the Philippines.  Gonzalez has her green card.  M████████ is unhappy working for Pelayo and recently called to report Pelayo to the Department of Labor.  The person M████████ spoke with said that they would have to investigate the situation.

Pelayo also made G██████ get a fake California identification card and a fake social security number.  A Mexican construction worker who works for Pelayo took G██████ and another Filipino worker (who works for Pelayo's sister) to Los Angeles to get the fake identification cards.  Pelayo made G██████ pay $300 of her own money for the fake identification cards.  The Mexican worker took the identification cards and gave them to Pelayo.  G██████ never had them in her possession.

Pelayo does not monitor G██████'s phone calls nor does she read G██████'s mail.  Pelayo does not charge her rent.  G██████ can eat the food that Pelayo buys for the elders.  If G██████ wants her own Filipino food, she has to buy that herself.  Pelayo knows that G██████ has her own cellphone.  G██████ told Pelayo she only uses it to text her family in the Philippines.  G██████ does not have a key to the Vernon House.

G██████ told Pelayo that she does not keep in touch with her Aunt B██████.  Pelayo told G██████ that she should not communicate with B██████ because what happens in Long Beach should stay in Long Beach.  B██████ told Pelayo that she had moved to San Fransisco.  Pelayo told G██████ that she has a friend who is a dentist.  That friend knows B██████'s previous employer, Dr. and Mr. Torres.  Pelayo has threatened to call the Torres' and tell them about B██████.

G██████ stated that even if she were to pay Pelayo her entire smuggling fee today, that Pelayo would still not let her go work somewhere else.  G██████ has never told Pelayo that she is unhappy.  She is afraid of Pelayo. Pelayo warned G██████ not to think about going to work for someone else now that G██████ knows the ins-and-outs of the elder care business.

**EXHIBIT C**
**26**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___A̶̶̶̶̶ ̶̶̶̶̶ ̶G̶̶̶̶̶̶̶___ , On _10/06/2007_ , Page __6__

In October 2007, Dudeen is bringing ▓▓ G▓▓▓▓'s cousin to the United States. The cousin still needs to pass his interview. ▓▓G▓▓▓▓'s cousin has tried twice already to obtain his visa from the embassy, however he failed his interview both times. According to G▓▓▓▓, he only has one more chance to pass his interview. The cousin is going to be working for Pelayo at her private house. Pelayo has just applied for a license to care for elders at her private home.

Also in October Pelayo is going to the Philippines to check on a farmhouse that she owns there that is being remodeled. And on October 15, 2007, Pelayo's husband, Darwin Padolina, is going to start working for an insurance company. Darwin is afraid of Pelayo.

G▓▓▓▓ has a mother, father and five siblings in the Philippines. She has told her mother that she works hard and that she is tired. G▓▓▓▓ sends money home to them. She uses a courier company called Atlas. G▓▓▓▓ does not know anyone in Los Angeles, other than her Aunt B▓▓▓▓ who used to work for Pelayo. Pelayo told G▓▓▓▓ not to make any friends and that she should especially not try to find herself a husband in the U.S. G▓▓▓▓ has a girlfriend from High School who lives in New York City. G▓▓▓▓ told her girlfriend about her situation.

G▓▓▓▓ used to take the clients on walks around the neighborhood. Recently, since construction began at the Vernon House, Pelayo told her only to walk the clients in the backyard and that she should not speak to the neighbors, including Steve Lonsdale who lives next door. Pelayo told G▓▓▓▓ that the neighbors are jealous of her.

Currently Pelayo pays G▓▓▓▓ $800/month. Pelayo still holds back $300/month for G▓▓▓▓'s smuggling debt. Pelayo has given G▓▓▓▓ a pay raise of $100/month each year since she has worked for Pelyao. Pelayo pays her workers in cash.

G▓▓▓▓ never met the worker who escaped from Pelayo named Ferdie Last Name Unknown. He left before G▓▓▓▓ arrived.

The six elders that live in the Vernon House are charged as follows: Maria ($3,500), Ellen ($3,000), Benny ($3,500), Maxine ($2,300), Willa ($2,700) and Sam (either $2,700 or $2,300).

032

**EXHIBIT C
27**

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Ar▮▮▮▮▮▮▮▮ G▮▮▮▮▮▮_____ , On <u>10/06/2007</u> , Page ___7___

Pelayo's brother, Johnson Padolina, owns a home near Palm Springs that he uses for elder care. He has two workers from the Philippines. They were brought over by Dudeen in January 2007. Their names are Eileen and Raquel Last Names Unknown (LNU). G▮▮▮▮▮ learned this information from M▮▮▮▮▮▮, who has a close relationship with Johnson's wife.

G▮▮▮▮▮gets depressed working for Pelayo. She is always worried that Pelayo is going to yell at her about various complaints around the house. She wants out of her situation but she has nowhere to go. In the two years that she has worked for Pelayo, Pelayo has never taken her out to eat or on any outings. When G▮▮▮▮▮ first arrived, Pelayo told her that she would drive her to the mall on G▮▮▮▮'s day off, but G▮▮▮▮▮ never did.

G▮▮▮▮'s neighbor, Susan Forrester, home address ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone number (▮▮▮▮▮▮▮▮▮, offered to help G▮▮▮▮▮ get out of her situation.

Pelayo has three children who live at home. Daryellen (oldest child), Alvin (11 years old) and Darwin Jr. (19 years old). Pelayo owns a home in Arkansas, where she plans to retire. She also owns a home in "the mountains" somewhere. She also built a big house in the Philippines.

G▮▮▮▮▮provided the following telephone numbers to agents:

Dudeen: 

Emil (the brother of Dudeen's brother-in-law): ▮▮▮▮▮▮▮▮▮▮▮

**EXHIBIT C
28**