FD-1023 (Rev. 6-22-2007)

# FEDERAL BUREAU OF INVESTIGATION

Confidential Human Source (CHS) Reporting Document

---

**Reporting Date:** 02/09/2009

**Case ID:** 50-LA-249037 (Pending)
270I-LA-249807 (Pending)

**Contact Date:** 02/05/2009

**Type of Contact:** In person

**Location:** Los Angeles, California

**Written by:** SA Tricia Whitehill

**Other(s) Present:** Assistant United States Attorney Sandy Leal, Department of Justice trial attorney Kayla Bakshi, Immigration and Customs Enforcement Special Agent Miguel Palomino, attorney Angel Tang and Tagalog interpreter Zenaida Ramos.

**Source Reporting:**

At the beginning of the interview, AUSA Leal explained to CHS that it was most important that she tell the truth. AUSA Leal further explained that the government could make no promises regarding any benefits that may or may not be available to CHS.

CHS is from Bacolod City in the Philippines. Her parents and five siblings still live there. She graduated from high school in the Philippines and also received a college degree in Hotel and Restaurant Management.

CHS learned about the opportunity to work in the United States (U.S.) for Evelyn Pelayo (Pelayo) through her Aunt Helen ▆▆▆▆▆▆ (Helen). Helen and CHS's mother are sisters. When CHS first spoke to Pelayo, Pelayo told CHS that she needed to wait one year before she could travel to the U.S. to work because Pelayo was in the process of building a new elder care facility. In the meantime, Pelayo asked CHS to take a care-giver course in the Philippines. CHS took a six month class in care-giving at her own expense.

When Pelayo was ready for CHS to travel to the U.S., CHS flew to Manilla and went to Pelayo's sister's house and talked to Pelayo over the telephone. Pelayo's sister was not home, just the maid. Pelayo told CHS to go to Rudolfo Demafeliz's (Duden) Taekwondo studio to begin training. Pelayo gave Duden's phone number to CHS. Duden was expecting CHS's call. CHS called Duden and they arranged a place to meet.

**EXHIBIT D**
**29**

CHS Reporting
50-LA-249037 (Pending), 02/05/2009

      When CHS first arrived in Los Angeles, Duden took her to his sister's house.  Duden and CHS had become friends and he told CHS that after he turned her over to Pelayo, they would not have the opportunity to talk anymore.  Duden had taken CHS's passport and told CHS that he would give it to Pelayo.  At the time, CHS did not think it was odd to relinquish her passport to Duden.

      When CHS arrived in Los Angeles she was eventually picked up by Pelayo and taken to the facility where she would be working on Vernon Street.  In the car, Pelayo told CHS that she was lucky to have met Pelayo and that Pelayo had invested in CHS.  CHS understood Pelayo to mean that Pelayo had paid for all CHS's expenses relating to her getting to the U.S.  CHS believed that Pelayo thought of CHS as her property, because Pelayo said it was because of her that she was there. Pelayo told CHS that if she was nice, she would be okay.  Pelayo told CHS that Duden had said good things about CHS.

      Initially, CHS shared a bed with her Aunt Helen at the Vernon House.  When she first arrived, there were four residents at the Vernon House.  Later, two more elders came.  During soem periods, there were up to eight residents at the Vernon House.  There was a period of time when there were seven patients.  At night, the seventh patient would sleep in CHS's room at night and during the day the patient would stay at Pelayo's personal house.  During those times, CHS would sleep in the living room on the sofa or in the hallway on the floor.  Helen had been moved over to the Walton House facility.  Marites Padolina (Marites) and CHS were working at the Vernon House.

      CHS worked all day and night.  In the morning they (Marites and CHS) would wake up at 5:30.  One would bathe the residents, one would make the beds.  One would make breakfast while the other would take the residents to the living room to their recliners.  Then they would clean the house, before conducting activities with patients at 10 a.m.  At 11 a.m. they would begin to prepare lunch, and at noon they would feed the elders.  After that, they would take the patients to the bathroom and then put them down for naps.  At that point, CHS and Marites would eat their lunch.  At 3 p.m. the patients had activities, and at 4 p.m. they would begin to prepare dinner.  At 5 p.m. the residents ate their dinner and after that they would bathe and prepare for bed.  They would put the residents to bed at 7 p.m. and at that time they would prepare the elders' medications for the next day.  After that they would check on the patients every two hours.  At first CHS would set an alarm on her cellphone to wake up every two hours, until she became accustomed to the schedule.

EXHIBIT D
30

CHS Reporting
50-LA-249037 (Pending), 02/05/2009

    Darwin did not supervise CHS but he was generally around the facility and would suggest things, such as "clean this."

    CHS could not leave her personal things in one place in the house because Pelayo did not want licensing officials to know that the workers also slept at the facility. Licensing officials required that the facility provide a schedule of the workers. Pelayo and CHS sat down and wrote a schedule out. The schedule included Pelayo's daughter and her boyfriend, even though the truth was that those persons never worked at the facility. CHS did not want Pelayo to get in trouble, because she knew that if Pelayo got in trouble, she would also be in trouble because she was not in the country legally.

    Pelayo never gave the workers any presents for special occasions. At Christmas Pelayo would give them $20. Pelayo would host a Christmas party at her house and have the workers over to get food. After that, the workers would go back to the facility.

    After CHS had been working for Pelayo for awhile, Pelayo instructed CHS to budget the food that she was serving to the patients. CHS would sometimes buy food with her own money. She would give money to Isidra, an employee of Pelayo who worked at the Walton House, and have her buy food for them at a store that sold Filipino goods. Isidra had a green card and Pelayo did not bring Isidra over from the Philippines.

    CHS never had a vacation while working for Pelayo. Pelayo always said she would take the workers to Disneyland, but she never did. Sometimes on her day off, Maurice would take CHS to church and then to lunch. CHS is Catholic. In the Philippiens she would go to church every week. Pelayo would not let CHS go to church on Sundays, unless it was her day off. On her days off, CHS would need to be back by 5 p.m. so that Marites could go to Pelayo's personal house to prepare the Pelayo family's dinner and feed their dogs.

    Before Pelayo began renovating the Vernon House, CHS would take the patients outside for exercise and CHS would see Steve Lonsdale. When CHS stopped taking the patients outside, Lonsdale told CHS that he was worried and that if she wanted his help, to let him know. Lonsdale introduced CHS to a friend of his. The friend's mom needed caring. CHS told the friend that she could not go to work for anyone else. He asked her why she would stay working for Pelayo. She does not remember if she told him how much she was paid by Pelayo.

038tmw02.09

EXHIBIT D
31