

# LUCKY MONEY, INC

**Head Office:** *(PUNONG OPISINA)*
1028 Mission St. *(Near 6th St.)*
San Francisco, CA 94103
Tel: (415) 864-8367

**FOREIGN MONEY TRANSMITTAL RECEIPT**
*(KATIBAYAN NG PAGPAPADALA NG SALAPING DAYUHAN)*

**BRANCH SERVING YOU:**
*(NAGLILINGKOD NA OPISINA)*
17510 Pioneer Blvd., #207
Artesia, CA  90701
(562) 860-8255

**NON-NEGOTIABLE**
*(BAWAL IPAMBAYAD)*

**RECEIPT #:**
*(RESIBO BILANG)*
AR-130134

**DATE:** 05/14/2007
*(PETSA)*

**SENDER:** *(NAGPAPADALA)*
EVELYN A PELAYO
5571 VERNON ST.
LONG BEACH  (P/S), CA   90815
562-596-8624
AR-3782

**BENEFICIARY:** *(PADADALHAN)*
MARIA OR RODOLFO DEMAFELIZ
SOUTH, CEMBO, MAKATI CITY

**PHILIPPINE BANK ACCOUNT:**
*(BANKO SA PILIPINAS)*

15:46  05/14/2007

**NET AMOUNT SENT**
*(PADALANG DOLYAR)*
$6,000.00

**EXCHANGE RATE:**
*(PALITAN)*

**SERVICE FEE**
*(SINGIL)*
$13.00

**TOTAL PRESENTED**
*(SUMA NG BINAYAD)*
$6,013.00

47.00

**BENEFICIARY TO RECEIVE:**
*(MATATANGGAP NG PADADALHAN)*
P282,000.00

MAXIMUM CASH DELIVERY IS 20,000 PESOS. 262,000.00 PESOS BALANCE IN CHECK

TWO HUNDRED EIGHTY TWO THOUSAND & NO/100 PESOS

**MESSAGE:** *(MENSAHE)*

**RECEIVED BY:**
*(TUMANGGAP)*
CUSTOMER COPY

LUCKY MONEY, INC

CASH

007146

**EXHIBIT F**
**57**