## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

| (Office Address) | Investigator: | Date: |
|---|---|---|
| West Covina District Office<br>100 North Barranca Avenue<br>Suite 850<br>West Covina, CA 91791-1638<br>626-966-0478 | Eric Williams | 10/01/2008 |
| | Employer Fed Tax ID Number | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Ballares-Bermejo, Helen | 5651 E. Walnut Street<br>Long Beach, CA 90815 | 05/15/2005<br>to 02/24/2008 | | $117,953.40 |
| J.D. [redacted] | 5561 East Vernon Street<br>Long Beach, CA 90815 | 05/06/2007<br>to 02/24/2008 | | $41,697.26 |
| A.G. [redacted] | 5561 East Vernon Street<br>Long Beach, CA 90815 | 05/15/2005<br>to 02/24/2008 | | $124,692.17 |
| Padolina, Marites | 5561 East Vernon Street<br>Long Beach, CA 90815 | 05/15/2005<br>to 02/24/2008 | | $107,845.69 |
| Padolina, Marivic | 5651 E. Walnut Street<br>Long Beach, CA 90815 | 05/15/2005<br>to 02/24/2008 | | $141,457.23 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by 12/31/2008

Signed: _____

Employer Name and Address:
Vernon Way Care Home/Walton View Care Home
Vernon Way Care Home II LLC
5571 East Vernon Street

Long Beach, CA 90815

**TOTAL $533,645.75**

\* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56

Date: 10/01/2008 9:55:28 AM        Case ID: 1514654        Page 1

8522

**EXHIBIT G**
**58**

*Wage Transcription and Computation Sheet*

WKLY_S_ADV (CA+)

**U.S. DEPARTMENT OF LABOR**
Employment Standards Administration
Wage and Hour Division



| Firm Name | Case ID | Date |
|---|---|---|
| Vernon Way Care Home | 1514654 | 10/01/2008 |

| Employee Name | Social Security No. |
|---|---|
| J.D. | |

| Street Address | City, State, Zip Code | Occupation |
|---|---|---|
| 5561 East Vernon Street | Long Beach, CA 90815 | |

| | DATA AS TRANSCRIBED FROM PAYROLL RECORDS | | | | | | AS RECONSTRUCTED | | | BACK WAGE COMPUTATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK ENDING | REG HOURS | REG WAGES | OT HOURS | OT WAGES | OTHER WAGES | TOTAL WAGES | TOTAL HOURS | OT HOURS | REG RATE | FEDERAL MW DUE | REG RATE DUE | ½-TIME DUE | OT DUE | AMOUNT DUE |
| 02/24/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 206.40 | 224.00 | 430.40 | 922.77 |
| 02/17/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 240.80 | 288.00 | 528.80 | 1,114.77 |
| 02/10/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 206.40 | 224.00 | 430.40 | 922.77 |
| 02/03/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 240.80 | 288.00 | 528.80 | 1,114.77 |
| 01/27/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 206.40 | 224.00 | 430.40 | 922.77 |
| 01/20/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 240.80 | 288.00 | 528.80 | 1,114.77 |
| 01/13/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 206.40 | 224.00 | 430.40 | 922.77 |
| 01/06/08 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 240.80 | 288.00 | 528.80 | 1,114.77 |
| 12/30/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 12/23/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 12/16/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 12/09/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 12/02/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 11/25/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 11/18/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 11/11/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 11/04/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 10/28/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 10/21/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 10/14/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 10/07/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 09/30/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 09/23/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 09/16/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 09/09/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 09/02/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 08/26/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 08/19/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 08/12/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 08/05/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 585.97 | 184.80 | 270.00 | 454.80 | 1,040.77 |
| 07/29/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 492.37 | 158.40 | 210.00 | 368.40 | 860.77 |
| 07/22/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 507.57 | 263.20 | 270.00 | 533.20 | 1,040.77 |

Investigator: **Eric Williams**

EXHIBIT A - 2

**EXHIBIT G**
**59**

*Wage Transcription and Computation Sheet*

WKLY_S_ADV (CA+)

**U.S. DEPARTMENT OF LABOR**
Employment Standards Administration
Wage and Hour Division



| DATA AS TRANSCRIBED FROM PAYROLL RECORDS ||||||| AS RECONSTRUCTED ||| BACK WAGE COMPUTATIONS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK ENDING | REG HOURS | REG WAGES | OT HOURS | OT WAGES | OTHER WAGES | TOTAL WAGES | TOTAL HOURS | OT HOURS | REG RATE | FEDERAL MW DUE | REG RATE DUE | ½-TIME DUE | OT DUE | AMOUNT DUE |
| 07/15/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 425.17 | 225.60 | 210.00 | 435.60 | 860.77 |
| 07/08/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 507.57 | 263.20 | 270.00 | 533.20 | 1,040.77 |
| 07/01/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 507.57 | 263.20 | 270.00 | 533.20 | 1,040.77 |
| 06/24/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 425.17 | 225.60 | 210.00 | 435.60 | 860.77 |
| 06/17/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 507.57 | 263.20 | 270.00 | 533.20 | 1,040.77 |
| 06/10/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 425.17 | 225.60 | 210.00 | 435.60 | 860.77 |
| 06/03/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 507.57 | 263.20 | 270.00 | 533.20 | 1,040.77 |
| 05/27/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 425.17 | 225.60 | 210.00 | 435.60 | 860.77 |
| 05/20/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 507.57 | 263.20 | 270.00 | 533.20 | 1,040.77 |
| 05/13/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 96.00 | 56.00 | 0.72 | 425.17 | 225.60 | 210.00 | 435.60 | 860.77 |
| 05/06/07 | 0.00 | 69.23 | 0.00 | 0.00 | 0.00 | 69.23 | 112.00 | 72.00 | 0.62 | 507.57 | 263.20 | 270.00 | 533.20 | 1,040.77 |
| | | | | | | TOTAL BACK WAGES: || | 22,440.08 | | | 19,257.20 | 41,697.28 |

Investigator: **Eric Williams**

EXHIBIT A - 2a

**EXHIBIT G**
**60**

*Wage Transcription and Computation Sheet*

WKLY_S_ADV (CA+)

**U.S. DEPARTMENT OF LABOR**
Employment Standards Administration
Wage and Hour Division



| Firm Name | Case ID | Date |
|---|---|---|
| **Vernon Way Care Home** | **1514654** | **10/01/2008** |

| Employee Name | Social Security No. |
|---|---|
| A.G. | |

| Street Address | City, State, Zip Code | Occupation |
|---|---|---|
| **5561 East Vernon Street** | **Long Beach, CA 90815** | |

| | DATA AS TRANSCRIBED FROM PAYROLL RECORDS | | | | | | AS RECONSTRUCTED | | | BACK WAGE COMPUTATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK ENDING | REG HOURS | REG WAGES | OT HOURS | OT WAGES | OTHER WAGES | TOTAL WAGES | TOTAL HOURS | OT HOURS | REG RATE | FEDERAL MW DUE | REG RATE DUE | ½-TIME DUE | OT DUE | AMOUNT DUE |
| 02/24/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 206.40 | 224.00 | 430.40 | 876.62 |
| 02/17/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 240.80 | 288.00 | 528.80 | 1,068.62 |
| 02/10/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 206.40 | 224.00 | 430.40 | 876.62 |
| 02/03/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 240.80 | 288.00 | 528.80 | 1,068.62 |
| 01/27/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 206.40 | 224.00 | 430.40 | 876.62 |
| 01/20/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 240.80 | 288.00 | 528.80 | 1,068.62 |
| 01/13/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 206.40 | 224.00 | 430.40 | 876.62 |
| 01/06/08 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 240.80 | 288.00 | 528.80 | 1,068.62 |
| 12/30/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 12/23/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 12/16/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 12/09/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 12/02/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 11/25/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 11/18/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 11/11/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 11/04/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 10/28/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 10/21/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 10/14/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 10/07/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 09/30/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 09/23/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 09/16/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 09/09/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 09/02/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 08/26/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 08/19/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 08/12/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 08/05/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 539.82 | 184.80 | 270.00 | 454.80 | 994.62 |
| 07/29/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 446.22 | 158.40 | 210.00 | 368.40 | 814.62 |
| 07/22/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |

Investigator: **Eric Williams**

EXHIBIT A - 3

**EXHIBIT G**
**61**

**Wage Transcription and Computation Sheet**

WKLY_S_ADV (CA+)

**U.S. DEPARTMENT OF LABOR**
Employment Standards Administration
Wage and Hour Division



| | DATA AS TRANSCRIBED FROM PAYROLL RECORDS | | | | | | AS RECONSTRUCTED | | | BACK WAGE COMPUTATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK ENDING | REG HOURS | REG WAGES | OT HOURS | OT WAGES | OTHER WAGES | TOTAL WAGES | TOTAL HOURS | OT HOURS | REG RATE | FEDERAL MW DUE | REG RATE DUE | ½-TIME DUE | OT DUE | AMOUNT DUE |
| 07/15/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 07/08/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 07/01/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 06/24/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 06/17/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 06/10/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 06/03/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 05/27/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 05/20/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 05/13/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 05/06/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 04/29/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 04/22/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 04/15/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 04/08/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 04/01/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 03/25/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 03/18/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 03/11/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 03/04/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 02/25/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 02/18/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 02/11/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 02/04/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 01/28/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 01/21/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 01/14/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 225.60 | 210.00 | 435.60 | 814.62 |
| 01/07/07 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 263.20 | 270.00 | 533.20 | 994.62 |
| 12/31/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 12/24/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 12/17/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 12/10/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 12/03/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 11/26/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 11/19/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 11/12/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 11/05/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 10/29/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 10/22/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |

Investigator: **Eric Williams**

EXHIBIT A - 3a

**EXHIBIT G**
**62**

**Wage Transcription and Computation Sheet**

WKLY_S_ADV (CA+)

**U.S. DEPARTMENT OF LABOR**
Employment Standards Administration
Wage and Hour Division

| | DATA AS TRANSCRIBED FROM PAYROLL RECORDS | | | | | | AS RECONSTRUCTED | | | BACK WAGE COMPUTATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK ENDING | REG HOURS | REG WAGES | OT HOURS | OT WAGES | OTHER WAGES | TOTAL WAGES | TOTAL HOURS | OT HOURS | REG RATE | FEDERAL MW DUE | REG RATE DUE | ½-TIME DUE | OT DUE | AMOUNT DUE |
| 10/15/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 10/08/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 10/01/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 09/24/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 09/17/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 09/10/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 09/03/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 08/27/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 08/20/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 08/13/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 08/06/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 07/30/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 07/23/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 07/16/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 07/09/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 07/02/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 06/25/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 06/18/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 06/11/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 06/04/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 05/28/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 05/21/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 05/14/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 05/07/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 04/30/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 04/23/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 04/16/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 04/09/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 04/02/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 03/26/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 03/19/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 03/12/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 03/05/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 02/26/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 02/19/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 02/12/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 02/05/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 01/29/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 01/22/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |

Investigator: **Eric Williams**

EXHIBIT A - 3b

**EXHIBIT G**
**63**

*Wage Transcription and Computation Sheet*

WKLY_S_ADV (CA+)

**U.S. DEPARTMENT OF LABOR**
Employment Standards Administration
Wage and Hour Division

| | DATA AS TRANSCRIBED FROM PAYROLL RECORDS | | | | | | AS RECONSTRUCTED | | | BACK WAGE COMPUTATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK ENDING | REG HOURS | REG WAGES | OT HOURS | OT WAGES | OTHER WAGES | TOTAL WAGES | TOTAL HOURS | OT HOURS | REG RATE | FEDERAL MW DUE | REG RATE DUE | ½-TIME DUE | OT DUE | AMOUNT DUE |
| 01/15/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 01/08/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 01/01/06 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 12/25/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 12/18/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 12/11/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 12/04/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 11/27/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 11/20/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 11/13/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 11/06/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 10/30/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 10/23/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 10/16/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 10/09/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 10/02/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 09/25/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 09/18/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 09/11/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 09/04/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 08/28/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 08/21/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 08/14/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 08/07/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 07/31/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 07/24/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 07/17/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 07/10/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 07/03/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 06/26/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 06/19/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 06/12/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 06/05/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 05/29/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| 05/22/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 112.00 | 72.00 | 1.03 | 461.42 | 179.20 | 243.00 | 422.20 | 883.62 |
| 05/15/05 | 0.00 | 115.38 | 0.00 | 0.00 | 0.00 | 115.38 | 96.00 | 56.00 | 1.20 | 379.02 | 153.60 | 189.00 | 342.60 | 721.62 |
| | | | | | | | **TOTAL BACK WAGES:** | | | 64,026.17 | | | 60,666.00 | 124,692.17 |

Investigator: **Eric Williams**

EXHIBIT A - 3c

**EXHIBIT G**
**64**