# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | |
|---|---|
| Case No.  CR 08-00458(A)-GAF-1 | Date  October 19, 2009 |

Present: The Honorable  **GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE**

| Renee Fisher | Lisa Gonzalez | Sandy N. Leal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

Interpreter  Not Applicable

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Eveyn Paleyo | √ | √ | | Philip P DeLuca | √ | | √ |

**PROCEEDINGS:   SENTENCING AND JUDGMENT HEARING**  ☐ Contested  ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   _X_ Refer to separate Judgment Order.
___ Imprisonment for  Years/months  on each of counts _____
    Count(s) _____ concurrent/consecutive to count(s) _____
    ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay $_____ fine amounts & times determined by P/O.
    ___ Make $_____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
    ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay  $_____  per count, special assessment to the United States for a total of  $_____
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
_X_ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
_X_ Defendant informed that she has waived her right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated   ___ upon surrender   ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
    at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   #_____
___ Present bond to continue as bond on appeal.   Appeal bond set at  $_____
___ Filed and distributed judgment. ENTERED.
_X_ Other  It is recommended that the defendant be designated to a Southern California facility.

                                                                         00  :  42
                                                Initials of Deputy Clerk  rf

cc: